IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK INGRAM,

    Plaintiff,   No. CIV 09-1562 GEB KJM PS

    vs.

ANDREW MILLER, et al.,

    Defendants.   <u>ORDER</u>

_____/

    Plaintiff has filed a motion for summary judgment. The motion does not comply with Local Rule 56-260(a) and will therefore be denied without prejudice.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (docket no. 28) is denied without prejudice.

DATED: September 21, 2009.

_____
U.S. MAGISTRATE JUDGE

006
ingram-villegas.msj

1