IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK INGRAM,

    Plaintiff,                             No. CIV 09-1562 GEB KJM PS

    vs.

ANDREW MILLER, et al.,

    Defendants.                         <u>ORDER</u>

_____/

        The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 20, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 20, 2009 are adopted in full;

2. Defendants' motion to dismiss (docket no. 29) is granted except for the claim against defendant Villegas under the Fourth Amendment for excessive force during an investigatory stop; and

3. Defendant Sacramento Police Department and Miller are dismissed.

Dated: December 22, 2009

GARLAND E. BURRELL, JR.
United States District Judge