IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK INGRAM,

    Plaintiff,      No. CIV S-09-1562 GEB KJM PS

  vs.

AURELIO VILLEGAS, JR.,

    Defendant.      <u>SCHEDULING ORDER AND</u>

                                      <u>ORDER TO SHOW CAUSE</u>

_____/

        A status conference was held in this matter on February 24, 2010 before the undersigned. Plaintiff, proceeding in propria persona, failed to appear. Marcos Kropf appeared for defendant. Upon consideration of the status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within twenty-eight days from the date of this order.

        2. Discovery, including the hearing of discovery motions, shall be completed by January 19, 2011. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

/////

1        3. Dispositive motions, other than discovery motions, shall be noticed to be heard by March 16, 2011.

2        4. The pretrial conference is set for May 16, 2011 at 11:00 a.m. before the Honorable Garland E. Burrell. Pretrial statements shall be filed in accordance with Local Rule 16-281.

       5. Trial of this matter is set for July 26, 2011 at 9:00 a.m. before the Honorable Garland E. Burrell. The parties shall file trial briefs in accordance with Local Rule 16-285.

       6. By order filed January 5, 2010 this matter was set for status conference and the parties were directed to file status reports no later than seven days prior to the hearing. By order filed February 1, 2010, the status conference was continued to February 24, 2010. Both of those orders were served on plaintiff at his current address of record. Plaintiff failed to file a status report and failed to appear at the status conference. Accordingly, no later than March 17, 2010, PLAINTIFF SHALL SHOW CAUSE, in writing, why this action should not be dismissed for lack of prosecution.

DATED: February 24, 2010.

_____
U.S. MAGISTRATE JUDGE

006
ingram-villegas2.oas