IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK INGRAM,

   Plaintiff,       No. CIV S-09-1562 GEB KJM PS

  vs.

AURELIO VILLEGAS, JR.,

   Defendant.      <u>FINDINGS & RECOMMENDATIONS</u>

_____/

   By order filed February 25, 2010, this court directed plaintiff to show cause, no later than March 14, 2010, why this action should not be dismissed for failure to prosecute due to plaintiff's failure to comply with the court's order to file a status report and failure to appear at the status conference. Plaintiff has not responded to the order to show cause.

   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice.

   These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

1

1  within the specified time may waive the right to appeal the District Court's order.  Martinez v.

2  Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED:   April 2, 2010.

_____
U.S. MAGISTRATE JUDGE

006
ingram-villegas.dlop